UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

vs.                                          Case No. 8:09-CV-2438-T-27EAJ

BERN'S STEAK HOUSE, INC.,
d/b/a Bern's Steak House,

    Defendant.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the parties' Stipulation of Dismissal with Prejudice (Dkt. 15).

In accordance with the Stipulation, it is **ORDERED** that this cause is **DISMISSED WITH PREJUDICE** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 17th day of March, 2010.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of Record